Submitted on motion to dismiss appeal and affirm decree April 21, appeal dismissed and decree affirmed June 2, 1925.

## C. D. WILLSON *v.* MAUD WHEELER.

(236 Pac. 268.)

**Appeal and Error—Decree will be Affirmed Where Appellant Failed to File Brief in Time.**

Decree will be affirmed where appellant failed to file her brief within time required by rules of Supreme Court, or within any extension of such time.

———

See (1) 3 C. J. 1439.
1. See 2 R. C. L. 176.

From Klamath: A. L. Leavitt, Judge.

In Banc.

APPEAL DISMISSED AND DECREE AFFIRMED.

For the motion, *Messrs. Rutenic & Yaden.*

*Contra, Mr. Frank L. Mays.*

PER CURIAM.—Appellant having failed to file her brief within the time required by the rules of this court, or within any extension of such time on motion of the respondent, the decree will be affirmed.

APPEAL DISMISSED AND DECREE AFFIRMED.